### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                   **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO.: 1:20CV168-SA-JMV**

**NORTH MS MEDICAL CENTER**                                     **DEFENDANT**

### ORDER

Upon further review of the docket, the Court notes the *pro se* Plaintiff has filed documents that include sensitive personally identifiable information, including but not limited to medical records and financial account information. In the interest of security of Plaintiff's personal information, and consistent with L.U.Civ.R. 79, the Clerk is directed to restrict access to Dckt. Entry # 8, with access permitted only to the parties and the Court, until further order of the Court.

SO ORDERED this 3rd day of March, 2021.

                                                            /s/ Jane M. Virden
                                                            U.S. Magistrate Judge