IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES CURRY, JR.                                                                                 PLAINTIFF

VS.                              CIVIL ACTION NO.: 1:20CV168-SA-JMV

NORTH MS MEDICAL CENTER                               DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") of the United States Magistrate Judge dated March 2, 2021, was on that date duly filed; the *pro se* Plaintiff was duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, ORDERED:

1. That the R&R of the United States Magistrate Judge dated March 2, 2021, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's request to amend his complaint is DENIED as futile, and the complaint is DISMISSED without prejudice for lack of subject-matter jurisdiction.

3. That the Clerk is directed to CLOSE this case.

This, the 31st day of March, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE